

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michele McKnight | Civil Action No. 19-cv-00272-JLB |
| Plaintiff, | |
| V. | |
| Andrew Saul, Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment entered reversing the decision of the Commissioner and remanding this matter for further administrative proceedings consistent with this Order.

Date: 3/25/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler
M. Exler, Deputy